FILED
07 JUL 16 PM 2:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: U  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR0622-JM |
| Plaintiff, | ) |
| v. | ) **ORDER OF DISMISSAL** |
| ALICIA ALVAREZ-REYES RAMIREZ, | ) |
| Defendant. | ) |

Pursuant to Fed. R. Crim. P. 48(a) and in accordance with the Government's motion filed on July 12, 2007, which is not opposed by the Defendant, the Indictment in this case is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

DATED:  July 13, 2007

Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties